IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COOSA NATION OF NORTH AMERICA USA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 5:19-CV-215 (MTT) |
| Sheriff KEITH MCBRAYER, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

On June 4, 2019, the Plaintiffs filed their complaint without paying the court filing fee. Doc. 1. The Plaintiffs were ordered to pay the filing fee or to file a motion to proceed *in forma pauperis* by July 1 and were notified that failure to do so may result in their case being dismissed. Doc. 3 (citation omitted). The Plaintiffs failed to pay the filing fee or file a motion to proceed IFP by July 1. Accordingly, this case is **DISMISSED without prejudice**.[1]

**SO ORDERED,** this 2nd day of July, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Furthermore, it appears that this case cannot proceed as filed because one of the Plaintiffs, Coosa Nation of North America USA, is not a person but a "political entity." Doc. 1 at 1. An artificial entity may only appear in court if represented by an attorney. *Osborn v. U.S. Bank*, 22 U.S. (9 Wheat.) 738, 830 (1824); *see also Nat'l Indus. Theatre v. Buena Vista Distrib.*, 748 F.2d 602, 609 (11th Cir. 1984), *cert. denied*, 471 U.S. 1056 (1985). Because Coosa Nation is an artificial entity, it cannot proceed in this case without representation by an attorney. The attorney must be admitted to the Bar of this District Court. L.R. 83.1.1. Alternatively, an attorney who is a member in good standing of the bar of a jurisdiction where the attorney resides or regularly practices law may file a motion in a case for leave to appear *pro hac vice*. L.R. 83.2.10.