**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| COOSA NATION OF NORTH AMERICA USA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 5:19-CV-215<br>) (MTT)<br>) |
| Sheriff KEITH MCBRAYER, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

On June 4, 2019, Plaintiff Coosa Nation of North America (USA), proceeding pro se, filed this complaint on behalf of Plaintiff Myel J. Tate-Benson and its members without paying the filing fee or filing a motion to proceed *in forma pauperis*. Doc. 1. On June 13, the Plaintiffs were ordered to pay the filing fee or file a motion to proceed IFP by July 1. Doc. 3. On July 2, the Court, having not received a filing fee or motion to proceed IFP, dismissed the case without prejudice. Doc. 4. Later that day, the Court received the Plaintiffs' motions to proceed IFP via U.S. mail, which was postmarked June 26. Docs. 5; 5-1. The Court's order dismissing the case without prejudice (Doc. 4) is **VACATED**. The Court will rule on the Plaintiffs' motions to proceed IFP at a later date.

**SO ORDERED**, this 22nd day of July, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT